Leo YOUNG

v.

The CITY COUNCIL OF EAST PROVIDENCE et al.

No. 81–453–M.P.

Supreme Court of Rhode Island.

Dec. 3, 1981.

Grilli, DiMaio, Cipriano & Berson, William F. Calise, Providence, for petitioner.

Orlando Andreoni, City Sol., East Providence, John F. Dolan, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.